UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard Fontaine,<br>    *Plaintiff*,<br>  v.<br>Frito-Lay, Inc.,<br>    *Defendant*. | Civil Action No. 1:19-cv-11993-NMG |

**DEFENDANT, FRITO-LAY, INC.'S
ANSWER TO THE PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, Frito-Lay, Inc., by and through its attorneys, Sulloway & Hollis, PLLC, and answers Plaintiff's Complaint as follows:

**PARTIES**

Frito-Lay is without sufficient information to admit or deny the allegations contained in the first Paragraph under the "Parties" heading of the Complaint.

Frito-Lay admits the allegations contained in the second Paragraph under the "Parties" heading of the Complaint.

**JURISDICTION**

The Paragraph under "Jurisdiction" of the Complaint contains a legal conclusion to which a response is not required. Any allegations of fact are denied.

**PERSONAL JURISDICTION**

The Paragraph under "Personal Jurisdiction" of the Complaint contains a legal conclusion to which a response is not required. Any allegations of fact are denied.

**FACTS**

1. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 1 of the Complaint, and therefore denies the same.

2. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 2 of the Complaint, and therefore denies the same.

3. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint, and therefore denies the same.

4. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 4 of the Complaint, and therefore denies the same.

5. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 5 of the Complaint, and therefore denies the same.

6. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 6 of the Complaint, and therefore denies the same.

7. Frito-Lay denies the allegations in Paragraph 7 of the Complaint as stated.

8. Frito-Lay denies the allegations in Paragraph 8 of the Complaint as stated.

9. Frito-Lay denies the allegations in Paragraph 9 of the Complaint as stated.

10. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 10 of the Complaint, and therefore denies the same

11. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 11 of the Complaint, and therefore denies the same.

12. Frito-Lay is without sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint, and therefore denies the same.

## CAUSES OF ACTION

## NEGLIGENCE

The first Paragraph under the "Causes of Action – Negligence" heading of the Complaint contains a legal conclusion to which a response is not required, but Frito-Lay denies it breached any duty owed to plaintiff.

Frito-Lay denies the allegations contained in the second Paragraph under the "Causes of Action – Negligence" heading of the Complaint.

Frito-Lay denies the allegations contained in the third Paragraph under the "Causes of Action – Negligence" heading of the Complaint.

Frito-Lay denies the allegations contained in the fourth Paragraph under the "Causes of Action – Negligence" heading of the Complaint.

AND, BY WAY OF FURTHER ANSWER, Defendant, Frito-Lay, Inc. asserts the following defenses:

A.   General denial;

B.   Plaintiff's Complaint, in whole or in part, fails to state a cause of action upon which relief can be granted;

C.   Plaintiff's damages, if any, were the result of an intervening, superseding cause;

D.   Plaintiff was comparatively at fault, and said fault exceeded any fault of the defendant, thereby barring any recovery by him;

E.   Plaintiff was comparatively at fault, and any award of damages must be reduced according to the percentage of fault assigned to him;

F.   Plaintiff has failed to mitigate his damages;

G. Plaintiff's damages, if any, were caused by third parties for whom defendant is not responsible;

H. Defendant reserves the right to assert plaintiff's spoliation of evidence; and

I. Defendant has not yet had the opportunity to engage in discovery in this case and, therefore, reserves the right to amend this Answer and affirmative defenses as may be made necessary by the discovery of additional facts.

**DEFENDANT REQUESTS TRIAL BY JURY ON ALL CLAIMS**

Respectfully submitted,

FRITO-LAY, INC.

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  February 6, 2020     By:     /s/ David Johnston, Esq.
                                      David Johnston, Esq.  BBO#649325
                                      9 Capitol Street
                                      Concord, NH 03301
                                      (603)223-2800
                                      email: djohnston@sulloway.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2020.

DATED:  February 6, 2020     By:     /s/ David Johnston, Esq.
                                      David Johnston, Esq.  BBO#649325