UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 1:19-cv-11993

**Richard Fontaine,**

*Plaintiff*

v.

**Frito-Lay, Inc.**

*Defendant*

## MOTION FOR SUBSTITUTION OF PARTIES

Now comes the Plaintiff by Counsel to ask that this Honorable Court substitute, "Estate of Richard Fontaine," for original Plaintiff, Richard Fontaine. [FRCP 25(a)(1)].

Mr. Fontaine died on 12 December 2019, and his heirs wish to pursue this action in his stead.

Respectfully Submitted,

Richard Fontaine by his Attorney,

_____/s/_____
Mark Ellis O'Brien
Post Office Box 342
Lunenburg, Massachusetts 01462
978.990.6105.
justice457@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 6 March 2020, a true copy of this Motion for Substitution of Parties was sent to Counsel for the Defendant via the ECF system.

_____/s/_____
Mark Ellis O'Brien