United States District Court
District of Massachusetts

|  |  |
|---|---|
| The Estate of Richard Fontaine,<br><br>    Plaintiff,<br><br>    v.<br><br>Frito Lay, Inc.<br><br>    Defendant. | Civil Action No.<br>19-11993-NMG |

ORDER

GORTON, J.

On April 7, 2021, this Court directed plaintiff's counsel to submit, on or before Friday, April 30, 2021, evidence of the lawful appointment of a personal representative of the Estate of Richard Fontaine, the default of which would result in the dismissal of this lawsuit.

Counsel has failed to comply with this Court's Order. Accordingly, defendant's motion to dismiss (Docket No. 34) is,

- to the extent it seeks reasonable costs and attorneys' fees, **DENIED without prejudice**; and

- otherwise, **ALLOWED**.

- 2 -

Plaintiff's motion to amend (Docket No. 40) is **DENIED**.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated May 3, 2021